**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against – | Adv. Pro. No. 24-50185 (KBO) |
| GENESIS BLOCK LTD, BLUEBIRD CAPITAL LTD., KEY SOLUTION DEVELOPMENT LTD., MERCHANT OASIS LTD., CLEMENT IP, HUNG KA HO, TIN KA YU, CHARLES YANG, MYTH SUCCESS LTD., GB HOLDINGS, LTD., GBV CAPITAL, INC., NAI HIM LESLIE TAM, ABLE RISE CORPORATE DEVELOPMENT LTD., GBV TECHNOLOGIES LTD., and D21 SOLUTIONS LTD., | |
| Defendants. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 8th day of April, 2025, Defendant Key Solution Development Ltd., by and through its undersigned counsel, served a true and correct copy of *Initial Disclosures of Key Solution Development Ltd. Made Pursuant to Fed. R. Civ. P. 26(a)* upon the parties listed below via electronic mail:

17271047/1

LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Richard S. Cobb, Esq.
Matthew B. McGuire, Esq.
Howard W. Robertson IV, Esq.
919 Market Street, Suite 1800
Wilmington, Delaware 19801
landis@lrclaw.com
cobb@lrclaw.com
mcguire@lrclaw.com
robertson@lrclaw.com

-and-

SULLIVAN & CROMWELL LLP
Stephanie G. Wheeler, Esq.
Stephen Ehrenberg, Esq.
Brian D. Glueckstein, Esq.
Justin J. DeCamp, Esq.
Christopher J. Dunne, Esq.
Jacob M. Croke, Esq.
125 Broad Street
New York, NY 10004
wheelers@sullcrom.com
ehrenbergs@sullcrom.com
gluecksteinb@sullcrom.com
decampj@sullcrom.com
dunnec@sullcrom.com
crokej@sullcrom.com

*Counsel for Plaintiff*

*[Remainder of Page Intentionally Left Blank]*

Dated: April 8, 2025
Wilmington, Delaware

**MORRIS JAMES LLP**

<u>/s/ *Cortlan S. Hitch*</u>
Carl N. Kunz, III (DE Bar No. 3201)
Tara C. Pakrouh (DE Bar No. 6192)
Cortlan S. Hitch (DE Bar No. 6720)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
           tpakrouh@morrisjames.com
           chitch@morrisjames.com
           scerra@morrisjames.com

*Counsel to Key Solution Development Ltd.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 8th day of April, 2025, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Notice of Service* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and an additional service was competed via electronic mail on the parties listed below.

        LANDIS RATH & COBB LLP
        Adam G. Landis, Esq.
        Richard S. Cobb, Esq.
        Matthew B. McGuire, Esq.
        Howard W. Robertson IV, Esq.
        919 Market Street, Suite 1800
        Wilmington, Delaware 19801
        landis@lrclaw.com
        cobb@lrclaw.com
        mcguire@lrclaw.com
        robertson@lrclaw.com

        -and-

        SULLIVAN & CROMWELL LLP
        Stephanie G. Wheeler, Esq.
        Stephen Ehrenberg, Esq.
        Brian D. Glueckstein, Esq.
        Justin J. DeCamp, Esq.
        Christopher J. Dunne, Esq.
        Jacob M. Croke, Esq.
        125 Broad Street
        New York, NY 10004
        wheelers@sullcrom.com
        ehrenbergs@sullcrom.com
        gluecksteinb@sullcrom.com
        decampj@sullcrom.com
        dunnec@sullcrom.com
        crokej@sullcrom.com

        *Counsel for Plaintiff*

           */s/ Cortlan S. Hitch*
           Cortlan S. Hitch (DE Bar No. 6720)

17271047/1