# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against - | |
| GENESIS BLOCK LTD, BLUEBIRD CAPITAL LTD., KEY SOLUTION DEVELOPMENT LTD., MERCHANT OASIS LTD., CLEMENT IP, HUNG KA HO, TIN KA YU, CHARLES YANG, MYTH SUCCESS LTD., GB HOLDINGS, LTD., GBV CAPITAL, INC., NAI HIM LESLIE TAM, ABLE RISE CORPORATE DEVELOPMENT LTD., GBV TECHNOLOGIES LTD., and D21 SOLUTIONS LTD., | Adv. Pro. No. 24-50185 (KBO) |
| Defendants. | |

### ORDER APPROVING STIPULATION EXTENDING STAY
### OF ADVERSARY PROCEEDING

Upon the *Certification of Counsel* and *Stipulation Extending Stay of Adversary Proceeding* (the "Stipulation") entered into between Plaintiff FTX Recovery Trust and Defendants Genesis Block Ltd., Bluebird Capital Ltd., Key Solution Development Ltd., Merchant Oasis Ltd., Clement Ip, Hung Ka Ho, Tin Ka Yu, Charles Yang, Myth Success Ltd., GB Holdings, Ltd., GBV Capital, Inc., Nai Him Leslie Tam, Able Rise Corporate Development Ltd., GBV Technologies Ltd. and D21 Solutions Ltd., a copy of which is attached hereto as **Exhibit A**; and the Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the

Stipulation has been given; and after due deliberation; and good sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

    1.    The Stipulation is hereby APPROVED.

    2.    The terms and provisions of the Stipulation shall immediately be effective and enforceable upon entry of this Order.

    3.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: October 6th, 2025  
Wilmington, Delaware

**KAREN B. OWENS**  
**CHIEF JUDGE**