# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                                Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                                Plaintiff,<br><br>- against -<br><br>GENESIS BLOCK LTD, BLUEBIRD CAPITAL LTD., KEY SOLUTION DEVELOPMENT LTD., MERCHANT OASIS LTD., CLEMENT IP, HUNG KA HO, TIN KA YU, CHARLES YANG, MYTH SUCCESS LTD., GB HOLDINGS, LTD., GBV CAPITAL, INC., NAI HIM LESLIE TAM, ABLE RISE CORPORATE DEVELOPMENT LTD., GBV TECHNOLOGIES LTD., and D21 SOLUTIONS LTD.,<br><br>                                Defendants. | Adv. Pro. No. 24-50185 (KBO) |

## STIPULATION EXTENDING STAY OF ADVERSARY PROCEEDING

This stipulation (the "Stipulation") is made and entered into by and among Plaintiff FTX Recovery Trust (the "Plaintiff"), and Defendants Genesis Block Ltd., Bluebird Capital Ltd., Key Solution Development Ltd., Merchant Oasis Ltd., Clement Ip, Hung Ka Ho, Tin Ka Yu, Charles Yang, Myth Success Ltd., GB Holdings, Ltd., GBV Capital, Inc., Nai Him Leslie Tam, Able Rise Corporate Development Ltd., GBV Technologies Ltd. and D21 Solutions Ltd. (the "Defendants," and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel. In support of the Stipulation, the Parties respectfully state as follows:

WHEREAS, on November 4, 2024, Plaintiff FTX Recovery Trust[1] initiated the above-captioned adversary proceeding (the "Adversary Proceeding") by filing the complaint [Adv. D.I. 1] (the "Complaint") in the United States Bankruptcy Court for the District of Delaware (the "Court");

WHEREAS, on January 8, 2025, the Court entered the *Case Management Plan and Scheduling Order* [Adv. D.I. 6] (the "Scheduling Order"), establishing a case schedule for the Adversary Proceeding with respect to Plaintiff and Defendants Genesis Block Ltd., Bluebird Capital Ltd., Clement Ip, Hung Ka Ho, Tin Ka Yu, Charles Yang, Myth Success Ltd., GB Holdings, Ltd., GBV Capital, Inc., Nai Him Leslie Tam, Able Rise Corporate Development Ltd., GBV Technologies Ltd., and D21 Solutions Ltd.;

WHEREAS, on January 23, 2025, the Court approved a stipulation joining Defendant Merchant Oasis Ltd. to the Scheduling Order. [Adv. D.I. 9];

WHEREAS, pursuant to the Scheduling Order, Defendants Genesis Block Ltd., Bluebird Capital Ltd., Merchant Oasis Ltd., Clement Ip, Hung Ka Ho, Tin Ka Yu, Charles Yang, Myth Success Ltd., GB Holdings, Ltd., GBV Capital, Inc., Nai Him Leslie Tam, Able Rise Corporate Development Ltd., GBV Technologies Ltd., and D21 Solutions Ltd. answered or otherwise responded to the Complaint on January 29, 2025;

WHEREAS, on March 12, 2025, the Court entered the *First Amended Case Management Plan and Scheduling Order* [Adv. D.I. 45] joining Key Solution Development Ltd. to the Scheduling Order and extending the deadlines therein;

---

[1] Pursuant to the *Order Granting the FTX Recovery Trust's Omnibus Motion to Substitute Plaintiffs in Adversary Proceedings* [D.I. 29554], the FTX Recovery Trust is now the proper Plaintiff and has substituted in for Debtors FTX Trading Ltd., Alameda Research Ltd., North Dimension Inc., and Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. that initially filed this action.

WHEREAS, on April 4, 2025, Key Solution Development Ltd. filed its Motion to Dismiss the Complaint. [Adv. D.I. 54];

WHEREAS, on May 1, 2025 Plaintiff filed its first amended complaint [Adv. D.I. 71] (the "First Amended Complaint");

WHEREAS, on May 15, 2025, GBV Technologies Ltd. filed its Motion to Dismiss the First Amended Complaint. [Adv. D.I. 80];

WHEREAS, on May 15, 2025, Key Solution Development Ltd. filed its Motion to Dismiss the First Amended Complaint. [Adv. D.I. 84];

WHEREAS, on May 30, 2025, Merchant Oasis Ltd. filed its Motion to Dismiss the First Amended Complaint. [Adv. D.I. 84];

WHEREAS, on June 20, 2025, the Court issued an Order Approving Stipulation Staying Adversary Proceeding as to Certain Defendants [Adv. D.I. 103] that stayed the Adversary Proceeding until July 9, 2025 as to Defendants Genesis Block Ltd., Bluebird Capital Ltd., Clement Ip, Hung Ka Ho, Tin Ka Yu, Charles Yang, Myth Success Ltd., GB Holdings Ltd., GBV Capital, Inc., Nai Him Leslie Tam, Able Rise Corporate Development Ltd., GBV Technologies Ltd. and D21 Solutions Ltd.;

WHEREAS, on June 26, 2025, the Court issued an Order Approving Stipulation Staying Adversary Proceeding as to Key Solution Development Ltd. [Adv. D.I. 107] that stayed the Adversary Proceeding until July 9, 2025 as to Defendant Key Solution Development Ltd.;

WHEREAS, on June 26, 2025, the Court issued an Order Approving Stipulation Staying Adversary Proceeding as to Merchant Oasis Ltd. [Adv. D.I. 108] that stayed the Adversary Proceeding until July 9, 2025 as to Defendant Merchant Oasis Ltd.;

WHEREAS, on July 11, 2025, the Court issued an Order Approving Stipulation Staying Adversary Proceeding [Adv. D.I. 111] that stayed the Adversary Proceeding until July 23, 2025 as to the Parties;

WHEREAS, on July 24, 2025, the Court issued an Order Approving Stipulation Staying Adversary Proceeding [Adv. D.I. 116] that stayed the Adversary Proceeding until August 6, 2025 as to the Parties; and

WHEREAS, on August 11, 2025, the Court issued an *Order Approving Stipulation Staying Adversary Proceeding* [Adv. D.I. 122] that stayed the Adversary Proceeding until August 22, 2025 as to the Parties;

WHEREAS, on August 26, 2025, the Court issued an *Order Approving Stipulation Staying Adversary Proceeding* [Adv. D.I. 127] that stayed the Adversary Proceeding until September 12, 2025;

WHEREAS, on September 16, 2025, the Court issued an *Order Approving Stipulation Extending Stay of Adversary Proceeding* [D.I. 131]; and

WHEREAS, Plaintiff and Defendants remain engaged in discussions that would resolve this Adversary Proceeding between the Parties and require additional time to negotiate and document such resolution.

NOW, THEREFORE, it is hereby stipulated and agreed, by and among the Parties, that:

The Parties agree to a stay and an abeyance of all deadlines in the Adversary Proceeding, as to the Parties, until October 31, 2025.

Pending approval of this Stipulation by the Court, each of the Parties agrees that it is and will be bound by this Stipulation and waives any right to object to approval by the Court.

In the event that this Stipulation is not approved by the Court, it will be null and void and have no force or effect whatsoever except as may be otherwise agreed in writing by the Parties.  In such event, the Parties agree to a stay and abeyance of all deadlines in the Adversary Proceeding, as to the Parties, until October 31, 2025.

        The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and the order approving it.

5

Dated: October 3, 2025

| **LANDIS RATH & COBB LLP** | **MCDERMOTT WILL & SCHULTE LLP** |
|---|---|
| */s/ Howard W. Robertson, IV* | */s/ David R. Hurst* |
| Adam G. Landis (No. 3407) | David R. Hurst (No. 3743) |
| Richard S. Cobb (No. 3157) | The Brandywine Building |
| Matthew B. McGuire (No. 4366) | 1000 N West Street, Suite 1400 |
| Howard W. Robertson, IV (No. 6903) | Wilmington, DE 19801 |
| 919 Market Street, Suite 1800 | Telephone: (302) 485-3900 |
| Wilmington, Delaware 19801 | Facsimile: (302) 351-8711 |
| Telephone: (302) 467-4400 | E-mail: dhurst@mwe.com |
| Facsimile: (302) 467-4450 | |
| E-mail: landis@lrclaw.com | - and – |
|          cobb@lrclaw.com | |
|          mcguire@lrclaw.com | Joseph B. Evans (admitted *pro hac vice*) |
|          robertson@lrclaw.com | Darren Azman (admitted *pro hac vice*) |
| | John J. Calandra (admitted *pro hac vice*) |
| -and- | One Vanderbilt Avenue |
| | New York, NY 10017-3852 |
| **SULLIVAN & CROMWELL LLP** | Telephone: (212) 547-5400 |
| | Facsimile: (212) 547-5444 |
| Stephanie G. Wheeler (admitted *pro hac vice*) | E-mail: jbevans@mwe.com |
| Stephen Ehrenberg (admitted pro hac vice) |          dazman@mwe.com |
| Brian D. Glueckstein (admitted *pro hac vice*) |          jcalandra@mwe.com |
| Justin J. DeCamp (admitted *pro hac vice*) | |
| Christopher J. Dunne (admitted *pro hac vice*) | -and- |
| Jacob M. Croke (admitted *pro hac vice*) | |
| 125 Broad Street | Elizabeth A. Rodd (admitted *pro hac vice*) |
| New York, NY 10004 | 200 Clarendon Street |
| Telephone: (212) 558-4000 | Boston, MA 02116 |
| Facsimile: (212) 558-3588 | Telephone: (617) 535-4040 |
| E-mail: wheelers@sullcrom.com | E-mail: erodd@mwe.com |
|          ehrenbergs@sullcrom.com | |
|          gluecksteinb@sullcrom.com | *Counsel for Defendants Genesis Block Ltd., Bluebird Capital Ltd., Clement Ip, Hung Ka Ho, Tin Ka Yu, Charles Yang, Myth Success Ltd., GB Holdings, Ltd., GBV Capital, Inc., Able Rise Corporate Development Ltd., and D21 Solutions Ltd.* |
|          decampj@sullcrom.com | |
|          dunnec@sullcrom.com | |
|          crokej@sullcrom.com | |
| | |
| *Counsel for Plaintiff* | |

| | |
|---|---|
| **CROSS & SIMON, LLC** | **THE ROSNER LAW GROUP LLC** |
| */s/ Michael L. Vild* | */s/ Zhao Liu* |
| Michael L. Vild | Frederick B. Rosner (No. 3995) |
| Christopher P. Simon | Zhao (Ruby) Liu (No. 6436) |
| 1105 N. Market Street, Suite 901 | 824 N. Market Street, Suite 810 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 777-4200 | Telephone: (302) 777-1111 |
| E-mail: mvild@crosslaw.com | E-mail: rosner@teamrosner.com |
|        csimon@crosslaw.com |        liu@teamrosner.com |
| -and- | -and- |
| **NIXON PEABODY LLP** | **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.** |
| Louis J. Cisz, III (admitted pro hac vice) | Barry (Dov) Kleiner (admitted pro hac vice) |
| One Embarcadero Center, 32nd Floor | Steven R. Popofsky (admitted pro hac vice) |
| San Francisco, CA 94111 | Alisa Benintendi (admitted pro hac vice) |
| Telephone: (415) 984-8200 | 500 Fifth Avenue |
| E-mail: lcisz@nixonpeabody.com | New York, New York 10110 |
| | Telephone: (212) 986-6000 |
| *Counsel for Defendant Merchant Oasis Ltd.* | E-mail: dkleiner@kkwc.com |
| |        spopofsky@kkwc.com |
| |        abenintendi@kkwc.com |
| **MORRIS JAMES LLP** | |
| */s/ Carl N. Kunz, III* | *Counsel for Defendants Nai Him Leslie Tam and GBV Technologies Ltd.* |
| Carl N. Kunz, III (No. 3201) | |
| Tara C. Pakrouh (No. 6192) | |
| Cortlan S. Hitch (No. 6720) | |
| Siena B. Cerra (No. 7290) | |
| 500 Delaware Avenue, Suite 1500 | |
| Wilmington, DE 19801 | |
| Telephone: (302) 888-6800 | |
| Facsimile: (302) 571-1750 | |
| E-mail: ckunz@morrisjames.com | |
|        tpakrouh@morrisjames.com | |
|        chitch@morrisjames.com | |
|        scerra@morrisjames.com | |
| *Counsel for Defendant Key Solution Development Ltd.* | |