# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>     Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>     Plaintiff,<br><br>    - against -<br><br>GENESIS BLOCK LTD, BLUEBIRD CAPITAL LTD., KEY SOLUTION DEVELOPMENT LTD., MERCHANT OASIS LTD., CLEMENT IP, HUNG KA HO, TIN KA YU, CHARLES YANG, MYTH SUCCESS LTD., GB HOLDINGS, LTD., GBV CAPITAL, INC., NAI HIM LESLIE TAM, ABLE RISE CORPORATE DEVELOPMENT LTD., GBV TECHNOLOGIES LTD., and D21 SOLUTIONS LTD.<br><br>     Defendants. | Adv. Pro. No. 24-50185 (KBO) |

**STIPULATION EXTENDING STAY OF ADVERSARY**
**PROCEEDING**

This stipulation (the "Stipulation") is made and entered into by and among Plaintiff

FTX Recovery Trust (the "Plaintiff"), and Defendants Genesis Block Ltd., Bluebird Capital Ltd.,

Key Solution Development Ltd., Merchant Oasis Ltd., Clement Ip, Hung Ka Ho, Tin Ka Yu,

Charles Yang, Myth Success Ltd., GB Holdings, Ltd., GBV Capital, Inc., Nai Him Leslie Tam,

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Able Rise Corporate Development Ltd., GBV Technologies Ltd. and D21 Solutions Ltd. (the "Defendants," and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel.  In support of the Stipulation, the Parties respectfully state as follows:

WHEREAS, on November 4, 2024, Plaintiff FTX Recovery Trust[2] initiated the above-captioned adversary proceeding (the "Adversary Proceeding") by filing the complaint [Adv. D.I. 1] (the "Complaint") in the United States Bankruptcy Court for the District of Delaware (the "Court");

WHEREAS, on January 8, 2025, the Court entered the *Case Management Plan and Scheduling Order* [Adv. D.I. 6] (the "Scheduling Order"), establishing a case schedule for the Adversary Proceeding with respect to Plaintiff and Defendants Genesis Block Ltd., Bluebird Capital Ltd., Clement Ip, Hung Ka Ho, Tin Ka Yu, Charles Yang, Myth Success Ltd., GB Holdings, Ltd., GBV Capital, Inc., Nai Him Leslie Tam, Able Rise Corporate Development Ltd., GBV Technologies Ltd., and D21 Solutions Ltd.;

WHEREAS, on January 23, 2025, the Court approved a stipulation joining Defendant Merchant Oasis Ltd. to the Scheduling Order.  [Adv. D.I. 9];

WHEREAS, pursuant to the Scheduling Order, Defendants Genesis Block Ltd., Bluebird Capital Ltd., Merchant Oasis Ltd., Clement Ip, Hung Ka Ho, Tin Ka Yu, Charles Yang, Myth Success Ltd., GB Holdings, Ltd., GBV Capital, Inc., Nai Him Leslie Tam, Able Rise Corporate Development Ltd., GBV Technologies Ltd., and D21 Solutions Ltd. answered or otherwise responded to the Complaint on January 29, 2025;

---

[2]    Pursuant to the *Order Granting the FTX Recovery Trust's Omnibus Motion to Substitute Plaintiffs in Adversary Proceedings* [D.I. 29554], the FTX Recovery Trust is now the proper Plaintiff and has substituted in for Debtors FTX Trading Ltd., Alameda Research Ltd., North Dimension Inc., and Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. that initially filed this action.

WHEREAS, on March 12, 2025, the Court entered the *First Amended Case Management Plan and Scheduling Order* [Adv. D.I. 45] joining Key Solution Development Ltd. to the Scheduling Order and extending the deadlines therein;

WHEREAS, on April 4, 2025, Key Solution Development Ltd. filed its Motion to Dismiss the Complaint. [Adv. D.I. 54];

WHEREAS, on May 1, 2025 Plaintiff filed its first amended complaint [Adv. D.I. 71] (the "First Amended Complaint");

WHEREAS, on May 15, 2025, GBV Technologies Ltd. filed its Motion to Dismiss the First Amended Complaint. [Adv. D.I. 80];

WHEREAS, on May 15, 2025, Key Solution Development Ltd. filed its Motion to Dismiss the First Amended Complaint. [Adv. D.I. 84];

WHEREAS, on May 30, 2025, Merchant Oasis Ltd. filed its Motion to Dismiss the First Amended Complaint. [Adv. D.I. 84];

WHEREAS, on June 20, 2025, the Court issued an Order Approving Stipulation Staying Adversary Proceeding as to Certain Defendants [Adv. D.I. 103] that stayed the Adversary Proceeding until July 9, 2025 as to Defendants Genesis Block Ltd., Bluebird Capital Ltd., Clement Ip, Hung Ka Ho, Tin Ka Yu, Charles Yang, Myth Success Ltd., GB Holdings Ltd., GBV Capital, Inc., Nai Him Leslie Tam, Able Rise Corporate Development Ltd., GBV Technologies Ltd. and D21 Solutions Ltd.;

WHEREAS, on June 26, 2025, the Court issued an Order Approving Stipulation Staying Adversary Proceeding as to Key Solution Development Ltd. [Adv. D.I. 107] that stayed the Adversary Proceeding until July 9, 2025 as to Defendant Key Solution Development Ltd.;

WHEREAS, on June 26, 2025, the Court issued an Order Approving Stipulation Staying Adversary Proceeding as to Merchant Oasis Ltd. [Adv. D.I. 108] that stayed the Adversary Proceeding until July 9, 2025 as to Defendant Merchant Oasis Ltd.;

WHEREAS, on July 11, 2025, the Court issued an Order Approving Stipulation Staying Adversary Proceeding [Adv. D.I. 111] that stayed the Adversary Proceeding until July 23, 2025 as to the Parties;

WHEREAS, on July 24, 2025, the Court issued an Order Approving Stipulation Staying Adversary Proceeding [Adv. D.I. 116] that stayed the Adversary Proceeding until August 6, 2025 as to the Parties; and

WHEREAS, on August 11, 2025, the Court issued an *Order Approving Stipulation Staying Adversary Proceeding* [Adv. D.I. 122] that stayed the Adversary Proceeding until August 22, 2025 as to the Parties;

WHEREAS, on August 26, 2025, the Court issued an *Order Approving Stipulation Staying Adversary Proceeding* [Adv. D.I. 127] that stayed the Adversary Proceeding until September 12, 2025;

WHEREAS, on September 16, 2025, the Court issued an *Order Approving Stipulation Extending Stay of Adversary Proceeding* [Adv. D.I. 131];

WHEREAS, on October 6, 2025, the Court issued an *Order Approving Stipulation Extending Stay of Adversary Proceeding* [Adv. D.I. 136];

WHEREAS, on November 3, 2025, the Court issued an *Order Approving Stipulation Extending Stay of Adversary Proceeding* [Adv. D.I. 140];

WHEREAS, on December 4, 2025, the Court issued an *Order Approving Stipulation Extending Stay of Adversary Proceeding* [Adv. D.I. 144];

WHEREAS, on December 16, 2025, the Court issued an *Order Approving Stipulation Extending Stay of Adversary Proceeding* [Adv. D.I. 148];

WHEREAS, on January 5, 2026, the Court issued an *Order Approving Stipulation Extending Stay of Adversary Proceeding* [Adv. D.I. 148];

WHEREAS, on January 22, 2026, the Court issued an *Order Approving Stipulation Extending Stay of Adversary Proceeding* [Adv. D.I. 156];

WHEREAS, on February 3, 2026, the Court issued an *Order Approving Stipulation Extending Stay of Adversary Proceeding* [Adv. D.I. 160]; and

WHEREAS, Plaintiff and Defendants remain engaged in discussions that would resolve this Adversary Proceeding between the Parties and require additional time to negotiate and document such resolution.

NOW, THEREFORE, it is hereby stipulated and agreed, by and among the Parties, that:

1.      The Parties agree to a stay and an abeyance of all deadlines in the Adversary Proceeding, as to the Parties, until April 10, 2026.

2.      Pending approval of this Stipulation by the Court, each of the Parties agrees that it is and will be bound by this Stipulation and waives any right to object to approval by the Court.  In the event that this Stipulation is not approved by the Court, it will be null and void and have no force or effect whatsoever except as may be otherwise agreed in writing by the Parties.  In such event, the Parties agree to a stay and abeyance of all deadlines in the Adversary Proceeding, as to the Parties, until April 10, 2026.

-6-

3.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and the order approving it.

Dated: February 27, 2026

**LANDIS RATH & COBB LLP**

*/s/ Howard W. Robertson, IV*
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
cobb@lrclaw.com
mcguire@lrclaw.com
robertson@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Stephanie G. Wheeler (admitted *pro hac vice*)
Stephen Ehrenberg (admitted pro hac vice)
Brian D. Glueckstein (admitted *pro hac vice*)
Justin J. DeCamp (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: wheelers@sullcrom.com
ehrenbergs@sullcrom.com
gluecksteinb@sullcrom.com
decampj@sullcrom.com
dunnec@sullcrom.com
crokej@sullcrom.com

*Counsel for Plaintiff*

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ David R. Hurst*
David R. Hurst (No. 3743)
The Brandywine Building
1000 N West Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: dhurst@mwe.com

- and -

Joseph B. Evans (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
John J. Calandra (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: jbevans@mwe.com
dazman@mwe.com
jcalandra@mwe.com

- and -

Elizabeth A. Rodd (admitted *pro hac vice*)
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 535-4040
E-mail: erodd@mwe.com

*Counsel for Defendants Genesis Block Ltd., Bluebird Capital Ltd., Clement Ip, Hung Ka Ho, Tin Ka Yu, Charles Yang, Myth Success Ltd., GB Holdings, Ltd., GBV Capital, Inc., Able Rise Corporate Development Ltd., and D21 Solutions Ltd.*

**CROSS & SIMON, LLC**

*/s/ Michael L. Vild*
Michael L. Vild
Christopher P. Simon
1105 N. Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
E-mail: mvild@crosslaw.com
        csimon@crosslaw.com

- and -

**NIXON PEABODY LLP**

Louis J. Cisz, III  (admitted *pro hac vice*)
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Telephone: (415) 984-8200
E-mail: lcisz@nixonpeabody.com

*Counsel for Defendant Merchant Oasis Ltd.*

**MORRIS JAMES LLP**

*/s/ Tara C. Pakrough*
Carl N. Kunz, III (No. 3201)
Tara C. Pakrouh (No. 6192)
Cortlan S. Hitch (No. 6720)
Siena B. Cerra (No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
        tpakrouh@morrisjames.com
        chitch@morrisjames.com
        scerra@morrisjames.com

*Counsel for Defendant Key Solution Development Ltd.*

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (No. 3995)
Zhao (Ruby) Liu (No. 6436)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
E-mail: rosner@teamrosner.com
        liu@teamrosner.com

-and-

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

Barry (Dov) Kleiner (admitted *pro hac vice*)
Steven R. Popofsky (admitted *pro hac vice*)
Alisa Benintendi (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 986-6000
E-mail: dkleiner@kkwc.com
        spopofsky@kkwc.com
        abenintendi@kkwc.com

*Counsel for Defendants Nai Him Leslie Tam and GBV Technologies Ltd.*